~~SEALED~~

UNSEALED 6/12/2018 MXN

FILED

18 JUN -7 PM 2:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 18CR2835 GPC |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | |
| JOHNNY MARTIN, | Title 18, U.S.C., Sec. 1001(a)(2) – False Statements |
| Defendant. | |

The grand jury charges, at all times relevant:

**INTRODUCTORY ALLEGATIONS**

1. Defendant JOHNNY MARTIN (MARTIN) was a Group Supervisor with Homeland Security Investigations ("HSI") until he retired in February 2016.

2. As a Group Supervisor with HSI, MARTIN routinely conducted records checks in the TECS database, which was restricted to U.S. Government-authorized use only.

3. From approximately 2010 to 2012, MARTIN supervised a HSI Special Agent who was in contact with R.H. [charged elsewhere].

//
//   CC:PTS

MEH:nlv:San Diego
6/7/18

IMXN

4. On June 30, 2015, R.H. directly emailed MARTIN the name and date of birth of a person, Individual 1. On July 1, 2015, at approximately 3:10 p.m., MARTIN searched the TECS database for Individual 1's name. On July 2, 2015, MARTIN sent an email from his personal email account to R.H. which contained an attachment entitled, "Records Checks-[Individual 1's last name].docx" (hereinafter "Records Check Document"). The Records Check Document contained personally identifiable information, immigration history, and criminal history for Individual 1.

5. Between March 2015 and January 2016, MARTIN searched the TECS database for approximately 12 other names provided by R.H. MARTIN then copied information from the TECS database into documents and emailed the documents from his personal email account to R.H.

6. On June 7, 2017, agents of the Federal Bureau of Investigation ("FBI") interviewed MARTIN in Chula Vista, California, as part of a criminal investigation of R.H. and others for a fraud scheme. One object of the interview was to investigate, determine, and develop evidence to establish how R.H. and his co-conspirators obtained certain information about their fraud victims, such as the information in the Records Check Document.

7. At the interview, FBI agents showed MARTIN the Records Check Document. MARTIN denied sending the Records Check Document to R.H., stating:

    a. "I don't have an explanation why [R.H.] has it."

    b. "[F]or me to send [the Records Check Document] to him, I don't see myself ever doing that . . ."

//
//

2

       c. "I didn't send stuff like that to him . . ."

       d. "If I sent him emails, but I wouldn't attach something like [the Records Check Document] to it."

## Count 1

8. The grand jury realleges and incorporates by reference paragraphs 1 through 7 of the Introductory Allegations.

9. On or about June 7, 2017, within the Southern District of California, defendant JOHNNY MARTIN did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States by stating and representing to FBI agents that he did not send the Records Check Document to R.H. The statements and representations were false because, as defendant JOHNNY MARTIN then and there knew, he sent the Records Check Document to R.H.

All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: June 7, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
ANDREW P. YOUNG
Assistant U.S. Attorney

By: _____
MEGHAN E. HEESCH
Assistant U.S. Attorney